NDT
Rev. 02/09

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

Case number: 15−05551−LT13
Chapter: 13
Judge Laura S. Taylor

**Carlos Herrera Jr.**
1281 9TH Avenue
San Diego, CA 92101
xxx−xx−8870
*Debtor Aliases:* Trade Capital Finance Ltd. & Associates; Trade Capital Finance

**Notice of Entry of Order Dismissing Case and Vacating All Automatic Stays and Injunctions**

To the Creditors of the above−named Debtor(s) and Other Parties in interest:

Notice is hereby given that the Chapter 13 case for the above−named **Debtor Only (Carlos Herrera Jr.)** has been dismissed and all existing automatic stays related to this case are of no further force or effect.

Dated: 5/12/16

By order of the court:
Barry K. Lander
Clerk of the Bankruptcy Court

**********
**FILED**
5/12/16
**********