# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974−3 | User: Admin. | Date Created: 5/12/2016 |
| Case: 15−05551−LT13 | Form ID: ndt | Total: 30 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Thomas H. Billingslea | Billingslea@thb.coxatwork.com |
| aty | Kerry A. Denton | kerry@dentonlawgroup.com |
| aty | Thomas H. Billingslea | Billingslea@thb.coxatwork.com |
| aty | Thomas H. Billingslea 4 | billingslea@thb.coxatwork.com |
| aty | Thomas H. Billingslea 7 | billingslea@thb.coxatwork.com |
| aty | Todd Headden | billingslea@thb.coxatwork.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Carlos Herrera, Jr. 1281 9TH Avenue San Diego, CA 92101 |
| smg | Dun & Bradstreet Attn: Lynne Roberts, 2nd Floor 3501 Corporate Parkway PO Box 520 Center Valley, PA 18034−0520 |
| smg | Franchise Tax Board Attn: Bankruptcy P.O. Box 2952 Sacramento, CA 95812−2952 |
| 14015050 | Afni, Inc. Po Box 3097 Bloomington, IL 61702 |
| 14015051 | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 |
| 14015052 | Capio Partners LLC Attn: Bankruptcy 2222 Texoma Pkwy Ste 160 Sherman, TX 75090 |
| 14015053 | Card Gard/check One In P O Box 232220 San Diego, CA 92193 |
| 14015054 | Cmre Financial Services Inc 3075 E Imperial Hwy Ste 200 Brea, CA 92821 |
| 14015055 | Credit Collections Svc Po Box 773 Needham, MA 02494 |
| 14015056 | Dsnb Macys Po Box 8218 Mason, OH 45040 |
| 14066501 | ECMC PO BOX 16408 ST. PAUL, MN 55116−0408 |
| 14039799 | Midland Credit Management,Inc as agent for MIDLAND FUNDING LLC PO Box 2011 Warren, MI 48090 |
| 14015057 | Midland Funding 2365 Northside Drive Sui San Diego, CA 92108 |
| 14015058 | Natl Univ 11355 North Torre La Jolla, CA 92037 |
| 14015059 | Portfolio Recovery Ass 287 Independence Virginia Beach, VA 23462 |
| 14015060 | Progressive Financial 1919 W. Fairmont Drive Tempe, AZ 85282 |
| 14015061 | Progressive Manageme Po Box 2220 West Covina, CA 91793 |
| 14027686 | Quantum3 Group LLC as agent for CP Medical LLC PO Box 788 Kirkland, WA 98083−0788 |
| 14015062 | Second Alliance Inc 6911 Topanga Canyon Blvd Canoga Park, CA 91303 |
| 14037735 | Sprint Corp. Attn Bankruptcy Dept PO Box 7949 Overland Park KS 66207−0949 |
| 14038181 | Sprint Corp. Attn: Bankruptcy Dept P.O Box 3326 Englewood, CO 80155−3326 |
| 14015063 | True Financial 917 W Washington Blvd Los Angeles, CA 90015 |
| 14015064 | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 |
| 14015065 | University Of Phoenix 4615 E Elwood St Fl 3 Phoenix, AZ 85040 |

TOTAL: 24