# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974−3 | User: Admin. | Date Created: 5/12/2016 |
| Case: 15−05551−LT13 | Form ID: pdfO1 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Thomas H. Billingslea | Billingslea@thb.coxatwork.com |
| aty | Kerry A. Denton | kerry@dentonlawgroup.com |
| aty | Thomas H. Billingslea | Billingslea@thb.coxatwork.com |
| aty | Thomas H. Billingslea 4 | billingslea@thb.coxatwork.com |
| aty | Thomas H. Billingslea 7 | billingslea@thb.coxatwork.com |
| aty | Todd Headden | billingslea@thb.coxatwork.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Carlos Herrera, Jr. | 1281 9TH Avenue | San Diego, CA 92101 |

TOTAL: 1