**From:**
**Thomas H. Billingslea, Jr.**
**401 West A Street, Suite 1680**
**San Diego, CA 92101**
**Billingslea@THB.coxatwork.com**

Date: 04/06/2016

To:
CARLOS HERRERA, JR.
1281 9TH AVENUE
SAN DIEGO, CA 92101

Case No. 15-05551-LT

XXX-XX-8870

This is your Periodic Report of your case, our records indicate the following:

Bar Date: Dec 31, 2015
You have paid the Trustee a total of: $1,656.00

Over the past twelve calendar months, we have received the following payments:

[10/14/2015 6779 $552.00] [10/28/2015 6960 $552.00] [01/05/2016 7083 $552.00]

Your balances are:

| Name | Claim Amount | Principal Paid | Interest Paid | Balance Owed |
|---|---|---|---|---|
| CARLOS HERRERA, JR. | $0.00 | $0.00 | $0.00 | $0.00 |
| ECMC | Not Filed<br>$22,433.55 | $0.00 | $0.00 | $2,019.02 |
| KERRY A DENTON, ESQ | $3,350.00 | $931.07 | $0.00 | $2,418.93 |
| Midland Credit Management | $736.00 | $0.00 | $0.00 | $66.24 |
| QUANTUM3 GROUP | $1,530.67 | $0.00 | $0.00 | $137.76 |
| SPRINT NEXTEL | $669.13 | $0.00 | $0.00 | $60.22 |
| TRUE FINANCIAL | $27,804.00 | $613.98 | $0.00 | $27,864.11 |

Tentative Payout as reflected on 13network.com.

Case: 15-05551-LT

| Creditor Type | Cost | No Cost | SubTotal | Trustee | Total |
|---|---|---|---|---|---|
| Secured | $25,598.16 | | $25,598.16 | $1,838.24 | $27,436.40 |
| Secured Arrears | $2,265.95 | | $2,265.95 | $162.72 | $2,428.67 |
| Unsecured | $2,283.24 | | $2,283.24 | $163.96 | $2,447.20 |
| Priority | | | | | |
| Attorney | $2,418.93 | | $2,418.93 | $173.71 | $2,592.64 |
| Attorney (Type 5) | | | | | |
| Continuing Debt Arrears | | | | | |
| Totals | $32,566.28 | | $32,566.28 | $2,338.63 | $34,904.91 |
| Balance on Hand | | | | | |
| Tentative Payoff Amount | | | | | $34,904.91 |
| Continuing Payments | | | | | |
| Regular Payments | $409.32 | | $409.32 | $29.39 | $438.71 |
| Interest | $96.30 | | $96.30 | $6.92 | $103.21 |
| *Tentative Payoff Amount plus Interest | | | | | $35,008.12 |

***Tentative pay-off amount is subject to adjustment based upon the closing audit. When the tentative amount is received by the Chapter 13 Trustee, a closing audit is commenced. The closing audit examines whether the debtor has met the Applicable Commitment Period (36 times plan payments for below median debtors; 60 times plan payments for above median debtors). If the applicable commitment period has not been met, the Trustee may request a higher dividend (i.e. percent) to unsecured creditors.**

There are various reasons which could affect a pay-off calculation for a case. Illustration include (i) a late claim, (ii) a claim that was not identified until our pre-close audit, (iii) where your plan provides unsecured creditors to receive the greater of a designated percentage or a pro-rata share and a final reset has not occurred, (v) where the debtor's plan is scheduled to complete in less that your Applicable Commitment Period and provided for less than 100% dividend to unsecured creditors, the Trustee reserves the right to modify said plan.

Sincerely,

/s/ Thomas H. Billingslea, Jr.

Chapter 13 Trustee
Billingslea@THB.coxatwork.com

KERRY A DENTON, ESQ
231 FOURTH AVE
CHULA VISTA, CA 91910

Thomas H. Billingslea, Jr., [SBN 144483] Chapter 13 Trustee
Todd Headden [SBN 269282] Research Attorney
401 West A Street, Suite 1680
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HERRERA, JR.,<br>Last Name of Debtor. | Case No.: 1505551-LT-13<br><br>**CERTIFICATE OF SERVICE PERIODIC REPORT TO DEBTOR** |

I, Maritza Santin, am employed at the office of Thomas H. Billingslea, Jr., Chapter 13 Trustee. I am over the age of eighteen and am not a party to the within action. The Trustee's business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 401West A Street, Suite 1680, San Diego, CA 92101.

I served the document described as: **PERIODIC REPORT TO DEBTOR** enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail to the address indicated on page 1 of the Periodic Report To Debtor in the upper left hand corner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/15/16
San Diego, CA

Maritza Santin, for
Thomas H. Billingslea, Jr.,
Chapter 13 Trustee

Thomas H. Billingslea, Jr., [SBN 144483] Chapter 13 Trustee
Todd Headden [SBN 269282] Research Attorney
401 West A Street, Suite 1680
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HERRERA, JR.,<br>Last Name of Debtor. | Case No.: 1505551-LT-13<br><br>**CERTIFICATE OF SERVICE PERIODIC REPORT TO DEBTOR** |

I, Frank Pizzo, am employed at the office of Thomas H. Billingslea, Jr., Chapter 13 Trustee. I am over the age of eighteen and am not a party to the within action. The Trustee's business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 401West A Street, Suite 1680, San Diego, CA 92101.

I served the document described as: **PERIODIC REPORT TO DEBTOR** enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail to Debtor's Counsel based upon the address which is extracted from the last page of the Periodic Report To Debtor in the upper left hand corner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/15/16
San Diego, CA

Frank Pizzo, for
Thomas H. Billingslea, Jr.,
Chapter 13 Trustee